# EXHIBIT "2"

Government Employees Insurance Company, et al v. Orthopain Supply Inc., et al

Exhibit "2" - Representative Sample of Fraudulent Claims Identified to Date

| RICO Event | Defendant | Claim_Number | Date of Mailing | Document Mailed | Date of Service | HCPCS Code | Product Description | Charge |
|---|---|---|---|---|---|---|---|---|
| 1 | Orthopain Supply Inc. | 0468004490101049 | 4/19/2021 | NF3 Form / HCFA 1500 Form | 4/13/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 2 | Orthopain Supply Inc. | 0468004490101049 | 4/19/2021 | NF3 Form / HCFA 1500 Form | 4/13/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 3 | Orthopain Supply Inc. | 0468004490101049 | 4/19/2021 | NF3 Form / HCFA 1500 Form | 4/13/2021 | A9901 | Delivery | $150.00 |
| 4 | Orthopain Supply Inc. | 0468004490101049 | 4/19/2021 | NF3 Form / HCFA 1500 Form | 4/13/2021 | 98960 | Education | $150.00 |
| 5 | Orthopain Supply Inc. | 0397770530101149 | 4/19/2021 | NF3 Form / HCFA 1500 Form | 4/14/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 6 | Orthopain Supply Inc. | 0397770530101149 | 4/19/2021 | NF3 Form / HCFA 1500 Form | 4/14/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 7 | Orthopain Supply Inc. | 0397770530101149 | 4/19/2021 | NF3 Form / HCFA 1500 Form | 4/14/2021 | 98960 | Education | $150.00 |
| 8 | Orthopain Supply Inc. | 0397770530101149 | 4/19/2021 | NF3 Form / HCFA 1500 Form | 4/14/2021 | A9901 | Delivery | $150.00 |
| 9 | Orthopain Supply Inc. | 8668521980000005 | 4/19/2021 | NF3 Form / HCFA 1500 Form | 4/15/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 10 | Orthopain Supply Inc. | 8668521980000005 | 4/19/2021 | NF3 Form / HCFA 1500 Form | 4/15/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 11 | Orthopain Supply Inc. | 8668521980000005 | 4/19/2021 | NF3 Form / HCFA 1500 Form | 4/15/2021 | A9901 | Delivery | $150.00 |
| 12 | Orthopain Supply Inc. | 8668521980000005 | 4/19/2021 | NF3 Form / HCFA 1500 Form | 4/15/2021 | 98960 | Education | $150.00 |
| 13 | Orthopain Supply Inc. | 0680274820000001 | 4/22/2021 | NF3 Form / HCFA 1500 Form | 4/15/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 14 | Orthopain Supply Inc. | 0680274820000001 | 4/22/2021 | NF3 Form / HCFA 1500 Form | 4/15/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 15 | Orthopain Supply Inc. | 0680274820000001 | 4/22/2021 | NF3 Form / HCFA 1500 Form | 4/15/2021 | 98960 | Education | $150.00 |
| 16 | Orthopain Supply Inc. | 0680274820000001 | 4/22/2021 | NF3 Form / HCFA 1500 Form | 4/15/2021 | A9901 | Delivery | $150.00 |
| 17 | Orthopain Supply Inc. | 0605824430101041 | 5/14/2021 | NF3 Form / HCFA 1500 Form | 4/28/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 18 | Orthopain Supply Inc. | 0605824430101041 | 5/14/2021 | NF3 Form / HCFA 1500 Form | 4/28/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 19 | Orthopain Supply Inc. | 0605824430101041 | 5/14/2021 | NF3 Form / HCFA 1500 Form | 4/28/2021 | 98960 | Education | $150.00 |
| 20 | Orthopain Supply Inc. | 0605824430101041 | 5/14/2021 | NF3 Form / HCFA 1500 Form | 4/28/2021 | A9901 | Delivery | $150.00 |
| 21 | Orthopain Supply Inc. | 0562847430000008 | 5/14/2021 | NF3 Form / HCFA 1500 Form | 5/9/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 22 | Orthopain Supply Inc. | 0562847430000008 | 5/14/2021 | NF3 Form / HCFA 1500 Form | 5/9/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 23 | Orthopain Supply Inc. | 0562847430000008 | 5/14/2021 | NF3 Form / HCFA 1500 Form | 5/9/2021 | A9901 | Delivery | $150.00 |
| 24 | Orthopain Supply Inc. | 0562847430000008 | 5/14/2021 | NF3 Form / HCFA 1500 Form | 5/9/2021 | 98960 | Education | $150.00 |
| 25 | Orthopain Supply Inc. | 0420430990101076 | 5/14/2021 | NF3 Form / HCFA 1500 Form | 4/27/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 26 | Orthopain Supply Inc. | 0420430990101076 | 5/14/2021 | NF3 Form / HCFA 1500 Form | 4/27/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 27 | Orthopain Supply Inc. | 0420430990101076 | 5/14/2021 | NF3 Form / HCFA 1500 Form | 4/27/2021 | 98960 | Education | $150.00 |
| 28 | Orthopain Supply Inc. | 0420430990101076 | 5/14/2021 | NF3 Form / HCFA 1500 Form | 4/27/2021 | A9901 | Delivery | $150.00 |
| 29 | Orthopain Supply Inc. | 8675214550000002 | 5/14/2021 | NF3 Form / HCFA 1500 Form | 4/28/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 30 | Orthopain Supply Inc. | 8675214550000002 | 5/14/2021 | NF3 Form / HCFA 1500 Form | 4/28/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 31 | Orthopain Supply Inc. | 8675214550000002 | 5/14/2021 | NF3 Form / HCFA 1500 Form | 4/28/2021 | A9901 | Delivery | $150.00 |
| 32 | Orthopain Supply Inc. | 8675214550000002 | 5/14/2021 | NF3 Form / HCFA 1500 Form | 4/28/2021 | 98960 | Education | $150.00 |
| 33 | Orthopain Supply Inc. | 0680274820000001 | 5/14/2021 | NF3 Form / HCFA 1500 Form | 4/27/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 34 | Orthopain Supply Inc. | 0680274820000001 | 5/14/2021 | NF3 Form / HCFA 1500 Form | 4/27/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 35 | Orthopain Supply Inc. | 0680274820000001 | 5/14/2021 | NF3 Form / HCFA 1500 Form | 4/27/2021 | 98960 | Education | $150.00 |
| 36 | Orthopain Supply Inc. | 0680274820000001 | 5/14/2021 | NF3 Form / HCFA 1500 Form | 4/27/2021 | A9901 | Delivery | $150.00 |
| 37 | Orthopain Supply Inc. | 0631038220101025 | 5/18/2021 | NF3 Form / HCFA 1500 Form | 5/12/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 38 | Orthopain Supply Inc. | 0631038220101025 | 5/18/2021 | NF3 Form / HCFA 1500 Form | 5/12/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 39 | Orthopain Supply Inc. | 0631038220101025 | 5/18/2021 | NF3 Form / HCFA 1500 Form | 5/12/2021 | 98960 | Education | $150.00 |
| 40 | Orthopain Supply Inc. | 0631038220101025 | 5/18/2021 | NF3 Form / HCFA 1500 Form | 5/12/2021 | A9901 | Delivery | $150.00 |
| 41 | Orthopain Supply Inc. | 0631038220101025 | 5/18/2021 | NF3 Form / HCFA 1500 Form | 5/1/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 42 | Orthopain Supply Inc. | 0631038220101025 | 5/18/2021 | NF3 Form / HCFA 1500 Form | 5/1/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 43 | Orthopain Supply Inc. | 0631038220101025 | 5/18/2021 | NF3 Form / HCFA 1500 Form | 5/1/2021 | 98960 | Education | $150.00 |
| 44 | Orthopain Supply Inc. | 0631038220101025 | 5/18/2021 | NF3 Form / HCFA 1500 Form | 5/1/2021 | A9901 | Delivery | $150.00 |
| 45 | Orthopain Supply Inc. | 8714453450000001 | 5/18/2021 | NF3 Form / HCFA 1500 Form | 4/30/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 46 | Orthopain Supply Inc. | 8714453450000001 | 5/18/2021 | NF3 Form / HCFA 1500 Form | 4/30/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 47 | Orthopain Supply Inc. | 8714453450000001 | 5/18/2021 | NF3 Form / HCFA 1500 Form | 4/30/2021 | 98960 | Education | $150.00 |
| 48 | Orthopain Supply Inc. | 8714453450000001 | 5/18/2021 | NF3 Form / HCFA 1500 Form | 4/30/2021 | A9901 | Delivery | $150.00 |
| 49 | Orthopain Supply Inc. | 0680888730000001 | 5/18/2021 | NF3 Form / HCFA 1500 Form | 5/4/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 50 | Orthopain Supply Inc. | 0680888730000001 | 5/18/2021 | NF3 Form / HCFA 1500 Form | 5/4/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 51 | Orthopain Supply Inc. | 0680888730000001 | 5/18/2021 | NF3 Form / HCFA 1500 Form | 5/4/2021 | 98960 | Education | $150.00 |
| 52 | Orthopain Supply Inc. | 0680888730000001 | 5/18/2021 | NF3 Form / HCFA 1500 Form | 5/4/2021 | A9901 | Delivery | $150.00 |
| 53 | Orthopain Supply Inc. | 0420430990101076 | 5/18/2021 | NF3 Form / HCFA 1500 Form | 4/27/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 54 | Orthopain Supply Inc. | 0420430990101076 | 5/18/2021 | NF3 Form / HCFA 1500 Form | 4/27/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 55 | Orthopain Supply Inc. | 0420430990101076 | 5/18/2021 | NF3 Form / HCFA 1500 Form | 4/27/2021 | 98960 | Education | $150.00 |
| 56 | Orthopain Supply Inc. | 0420430990101076 | 5/18/2021 | NF3 Form / HCFA 1500 Form | 4/27/2021 | A9901 | Delivery | $150.00 |
| 57 | Orthopain Supply Inc. | 0676122790000001 | 6/14/2021 | NF3 Form / HCFA 1500 Form | 6/3/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 58 | Orthopain Supply Inc. | 0676122790000001 | 6/14/2021 | NF3 Form / HCFA 1500 Form | 6/3/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 59 | Orthopain Supply Inc. | 0676122790000001 | 6/14/2021 | NF3 Form / HCFA 1500 Form | 6/3/2021 | A9901 | Delivery | $150.00 |
| 60 | Orthopain Supply Inc. | 0676122790000001 | 6/14/2021 | NF3 Form / HCFA 1500 Form | 6/3/2021 | 98960 | Education | $150.00 |
| 61 | Orthopain Supply Inc. | 0527402440101064 | 6/14/2021 | NF3 Form / HCFA 1500 Form | 6/2/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 62 | Orthopain Supply Inc. | 0527402440101064 | 6/14/2021 | NF3 Form / HCFA 1500 Form | 6/2/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 63 | Orthopain Supply Inc. | 0527402440101064 | 6/14/2021 | NF3 Form / HCFA 1500 Form | 6/2/2021 | 98960 | Education | $150.00 |
| 64 | Orthopain Supply Inc. | 0527402440101064 | 6/14/2021 | NF3 Form / HCFA 1500 Form | 6/2/2021 | A9901 | Delivery | $150.00 |
| 65 | Orthopain Supply Inc. | 0527402440101064 | 6/14/2021 | NF3 Form / HCFA 1500 Form | 6/2/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 66 | Orthopain Supply Inc. | 0527402440101064 | 6/14/2021 | NF3 Form / HCFA 1500 Form | 6/2/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 67 | Orthopain Supply Inc. | 0527402440101064 | 6/14/2021 | NF3 Form / HCFA 1500 Form | 6/2/2021 | 98960 | Education | $150.00 |
| 68 | Orthopain Supply Inc. | 0527402440101064 | 6/14/2021 | NF3 Form / HCFA 1500 Form | 6/2/2021 | A9901 | Delivery | $150.00 |
| 69 | Orthopain Supply Inc. | 0484824860101046 | 6/14/2021 | NF3 Form / HCFA 1500 Form | 6/3/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 70 | Orthopain Supply Inc. | 0484824860101046 | 6/14/2021 | NF3 Form / HCFA 1500 Form | 6/3/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 71 | Orthopain Supply Inc. | 0484824860101046 | 6/14/2021 | NF3 Form / HCFA 1500 Form | 6/3/2021 | 98960 | Education | $150.00 |
| 72 | Orthopain Supply Inc. | 0484824860101046 | 6/14/2021 | NF3 Form / HCFA 1500 Form | 6/3/2021 | A9901 | Delivery | $150.00 |
| 73 | Orthopain Supply Inc. | 8722431380000001 | 6/21/2021 | NF3 Form / HCFA 1500 Form | 6/15/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |

**Government Employees Insurance Company, et al v. Orthopain Supply Inc., et al**

**Exhibit "2" - Representative Sample of Fraudulent Claims Identified to Date**

| RICO Event | Defendant | Claim_Number | Date of Mailing | Document Mailed | Date of Service | HCPCS Code | Product Description | Charge |
|---|---|---|---|---|---|---|---|---|
| 74 | Orthopain Supply Inc. | 8722431380000001 | 6/21/2021 | NF3 Form / HCFA 1500 Form | 6/15/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 75 | Orthopain Supply Inc. | 8722431380000001 | 6/21/2021 | NF3 Form / HCFA 1500 Form | 6/15/2021 | 98960 | Education | $150.00 |
| 76 | Orthopain Supply Inc. | 8722431380000001 | 6/21/2021 | NF3 Form / HCFA 1500 Form | 6/15/2021 | A9901 | Delivery | $150.00 |
| 77 | Orthopain Supply Inc. | 0645383590000002 | 7/12/2021 | NF3 Form / HCFA 1500 Form | 7/9/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 78 | Orthopain Supply Inc. | 0645383590000002 | 7/12/2021 | NF3 Form / HCFA 1500 Form | 7/9/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 79 | Orthopain Supply Inc. | 0645383590000002 | 7/12/2021 | NF3 Form / HCFA 1500 Form | 7/9/2021 | 98960 | Education | $150.00 |
| 80 | Orthopain Supply Inc. | 0645383590000002 | 7/12/2021 | NF3 Form / HCFA 1500 Form | 7/9/2021 | A9901 | Delivery | $150.00 |
| 81 | Orthopain Supply Inc. | 0503215600101049 | 7/12/2021 | NF3 Form / HCFA 1500 Form | 7/9/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 82 | Orthopain Supply Inc. | 0503215600101049 | 7/12/2021 | NF3 Form / HCFA 1500 Form | 7/9/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 83 | Orthopain Supply Inc. | 0503215600101049 | 7/12/2021 | NF3 Form / HCFA 1500 Form | 7/9/2021 | 98960 | Education | $150.00 |
| 84 | Orthopain Supply Inc. | 0503215600101049 | 7/12/2021 | NF3 Form / HCFA 1500 Form | 7/9/2021 | A9901 | Delivery | $150.00 |
| 85 | Orthopain Supply Inc. | 8722431380000001 | 7/12/2021 | NF3 Form / HCFA 1500 Form | 7/6/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 86 | Orthopain Supply Inc. | 8722431380000001 | 7/12/2021 | NF3 Form / HCFA 1500 Form | 7/6/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 87 | Orthopain Supply Inc. | 8722431380000001 | 7/12/2021 | NF3 Form / HCFA 1500 Form | 7/6/2021 | 98960 | Education | $150.00 |
| 88 | Orthopain Supply Inc. | 8722431380000001 | 7/12/2021 | NF3 Form / HCFA 1500 Form | 7/6/2021 | A9901 | Delivery | $150.00 |
| 89 | Orthopain Supply Inc. | 8722431380000001 | 7/15/2021 | NF3 Form / HCFA 1500 Form | 6/15/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 90 | Orthopain Supply Inc. | 8722431380000001 | 7/15/2021 | NF3 Form / HCFA 1500 Form | 6/15/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 91 | Orthopain Supply Inc. | 8722431380000001 | 7/15/2021 | NF3 Form / HCFA 1500 Form | 6/15/2021 | 98960 | Education | $150.00 |
| 92 | Orthopain Supply Inc. | 8722431380000001 | 7/15/2021 | NF3 Form / HCFA 1500 Form | 6/15/2021 | A9901 | Delivery | $150.00 |
| 93 | Orthopain Supply Inc. | 8722431380000001 | 7/12/2021 | NF3 Form / HCFA 1500 Form | 7/6/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 94 | Orthopain Supply Inc. | 8722431380000001 | 7/12/2021 | NF3 Form / HCFA 1500 Form | 7/6/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 95 | Orthopain Supply Inc. | 8722431380000001 | 7/12/2021 | NF3 Form / HCFA 1500 Form | 7/6/2021 | 98960 | Education | $150.00 |
| 96 | Orthopain Supply Inc. | 8722431380000001 | 7/12/2021 | NF3 Form / HCFA 1500 Form | 7/6/2021 | A9901 | Delivery | $150.00 |
| 97 | Orthopain Supply Inc. | 8712815290000001 | 7/26/2021 | NF3 Form / HCFA 1500 Form | 7/21/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 98 | Orthopain Supply Inc. | 8712815290000001 | 7/26/2021 | NF3 Form / HCFA 1500 Form | 7/21/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 99 | Orthopain Supply Inc. | 8712815290000001 | 7/26/2021 | NF3 Form / HCFA 1500 Form | 7/21/2021 | 98960 | Education | $150.00 |
| 100 | Orthopain Supply Inc. | 8712815290000001 | 7/26/2021 | NF3 Form / HCFA 1500 Form | 7/21/2021 | A9901 | Delivery | $150.00 |
| 101 | Orthopain Supply Inc. | 8722431380000001 | 8/4/2021 | NF3 Form / HCFA 1500 Form | 7/6/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 102 | Orthopain Supply Inc. | 8722431380000001 | 8/4/2021 | NF3 Form / HCFA 1500 Form | 7/6/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 103 | Orthopain Supply Inc. | 8722431380000001 | 8/4/2021 | NF3 Form / HCFA 1500 Form | 7/6/2021 | 98960 | Education | $150.00 |
| 104 | Orthopain Supply Inc. | 8722431380000001 | 8/4/2021 | NF3 Form / HCFA 1500 Form | 7/6/2021 | A9901 | Delivery | $150.00 |
| 105 | Orthopain Supply Inc. | 0647734400000002 | 8/4/2021 | NF3 Form / HCFA 1500 Form | 7/2/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 106 | Orthopain Supply Inc. | 0647734400000002 | 8/4/2021 | NF3 Form / HCFA 1500 Form | 7/2/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 107 | Orthopain Supply Inc. | 0647734400000002 | 8/4/2021 | NF3 Form / HCFA 1500 Form | 7/2/2021 | 98960 | Education | $150.00 |
| 108 | Orthopain Supply Inc. | 0647734400000002 | 8/4/2021 | NF3 Form / HCFA 1500 Form | 7/2/2021 | A9901 | Delivery | $150.00 |
| 109 | Orthopain Supply Inc. | 8702413980000003 | 8/24/2021 | NF3 Form / HCFA 1500 Form | 8/19/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 110 | Orthopain Supply Inc. | 8702413980000003 | 8/24/2021 | NF3 Form / HCFA 1500 Form | 8/19/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 111 | Orthopain Supply Inc. | 8702413980000003 | 8/24/2021 | NF3 Form / HCFA 1500 Form | 8/19/2021 | 98960 | Education | $150.00 |
| 112 | Orthopain Supply Inc. | 8702413980000003 | 8/24/2021 | NF3 Form / HCFA 1500 Form | 8/19/2021 | A9901 | Delivery | $150.00 |
| 113 | Orthopain Supply Inc. | 0669325290000012 | 8/24/2021 | NF3 Form / HCFA 1500 Form | 8/18/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 114 | Orthopain Supply Inc. | 0669325290000012 | 8/24/2021 | NF3 Form / HCFA 1500 Form | 8/18/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 115 | Orthopain Supply Inc. | 0669325290000012 | 8/24/2021 | NF3 Form / HCFA 1500 Form | 8/18/2021 | 98960 | Education | $150.00 |
| 116 | Orthopain Supply Inc. | 0669325290000012 | 8/24/2021 | NF3 Form / HCFA 1500 Form | 8/18/2021 | A9901 | Delivery | $150.00 |
| 117 | Orthopain Supply Inc. | 0264528210000002 | 8/24/2021 | NF3 Form / HCFA 1500 Form | 8/18/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 118 | Orthopain Supply Inc. | 0264528210000002 | 8/24/2021 | NF3 Form / HCFA 1500 Form | 8/18/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 119 | Orthopain Supply Inc. | 0264528210000002 | 8/24/2021 | NF3 Form / HCFA 1500 Form | 8/18/2021 | 98960 | Education | $150.00 |
| 120 | Orthopain Supply Inc. | 0264528210000002 | 8/24/2021 | NF3 Form / HCFA 1500 Form | 8/18/2021 | A9901 | Delivery | $150.00 |
| 121 | Orthopain Supply Inc. | 0541891390101013 | 8/24/2021 | NF3 Form / HCFA 1500 Form | 8/18/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 122 | Orthopain Supply Inc. | 0541891390101013 | 8/24/2021 | NF3 Form / HCFA 1500 Form | 8/18/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 123 | Orthopain Supply Inc. | 0541891390101013 | 8/24/2021 | NF3 Form / HCFA 1500 Form | 8/18/2021 | 98960 | Education | $150.00 |
| 124 | Orthopain Supply Inc. | 0541891390101013 | 8/24/2021 | NF3 Form / HCFA 1500 Form | 8/18/2021 | A9901 | Delivery | $150.00 |
| 125 | Orthopain Supply Inc. | 0631141520000002 | 8/24/2021 | NF3 Form / HCFA 1500 Form | 8/18/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 126 | Orthopain Supply Inc. | 0631141520000002 | 8/24/2021 | NF3 Form / HCFA 1500 Form | 8/18/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 127 | Orthopain Supply Inc. | 0631141520000002 | 8/24/2021 | NF3 Form / HCFA 1500 Form | 8/18/2021 | A9901 | Delivery | $150.00 |
| 128 | Orthopain Supply Inc. | 0631141520000002 | 8/24/2021 | NF3 Form / HCFA 1500 Form | 8/18/2021 | 98960 | Education | $150.00 |
| 129 | Orthopain Supply Inc. | 0643106650000001 | 8/24/2021 | NF3 Form / HCFA 1500 Form | 8/18/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 130 | Orthopain Supply Inc. | 0643106650000001 | 8/24/2021 | NF3 Form / HCFA 1500 Form | 8/18/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 131 | Orthopain Supply Inc. | 0643106650000001 | 8/24/2021 | NF3 Form / HCFA 1500 Form | 8/18/2021 | 98960 | Education | $150.00 |
| 132 | Orthopain Supply Inc. | 0643106650000001 | 8/24/2021 | NF3 Form / HCFA 1500 Form | 8/18/2021 | A9901 | Delivery | $150.00 |
| 133 | Orthopain Supply Inc. | 0250735880101075 | 8/30/2021 | NF3 Form / HCFA 1500 Form | 8/20/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 134 | Orthopain Supply Inc. | 0250735880101075 | 8/30/2021 | NF3 Form / HCFA 1500 Form | 8/20/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 135 | Orthopain Supply Inc. | 0250735880101075 | 8/30/2021 | NF3 Form / HCFA 1500 Form | 8/20/2021 | 98960 | Education | $150.00 |
| 136 | Orthopain Supply Inc. | 0250735880101075 | 8/30/2021 | NF3 Form / HCFA 1500 Form | 8/20/2021 | A9901 | Delivery | $150.00 |
| 137 | Orthopain Supply Inc. | 8691478580000002 | 8/30/2021 | NF3 Form / HCFA 1500 Form | 8/19/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 138 | Orthopain Supply Inc. | 8691478580000002 | 8/30/2021 | NF3 Form / HCFA 1500 Form | 8/19/2021 | 98960 | Education | $150.00 |
| 139 | Orthopain Supply Inc. | 8691478580000002 | 8/30/2021 | NF3 Form / HCFA 1500 Form | 8/19/2021 | A9901 | Delivery | $150.00 |
| 140 | Orthopain Supply Inc. | 8691478580000002 | 8/30/2021 | NF3 Form / HCFA 1500 Form | 8/19/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 141 | Orthopain Supply Inc. | 8708095010000001 | 9/13/2021 | NF3 Form / HCFA 1500 Form | 9/3/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 142 | Orthopain Supply Inc. | 8708095010000001 | 9/13/2021 | NF3 Form / HCFA 1500 Form | 9/3/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 143 | Orthopain Supply Inc. | 8708095010000001 | 9/13/2021 | NF3 Form / HCFA 1500 Form | 9/3/2021 | A9901 | Delivery | $150.00 |
| 144 | Orthopain Supply Inc. | 8708095010000001 | 9/13/2021 | NF3 Form / HCFA 1500 Form | 9/3/2021 | 98960 | Education | $150.00 |
| 145 | Orthopain Supply Inc. | 8710663330000001 | 9/13/2021 | NF3 Form / HCFA 1500 Form | 9/3/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 146 | Orthopain Supply Inc. | 8710663330000001 | 9/13/2021 | NF3 Form / HCFA 1500 Form | 9/3/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |

Government Employees Insurance Company, et al v. Orthopain Supply Inc., et al
Exhibit "2" - Representative Sample of Fraudulent Claims Identified to Date

| RICO Event | Defendant | Claim_Number | Date of Mailing | Document Mailed | Date of Service | HCPCS Code | Product Description | Charge |
|---|---|---|---|---|---|---|---|---|
| 147 | Orthopain Supply Inc. | 8710663330000001 | 9/13/2021 | NF3 Form / HCFA 1500 Form | 9/3/2021 | 98960 | Education | $150.00 |
| 148 | Orthopain Supply Inc. | 8710663330000001 | 9/13/2021 | NF3 Form / HCFA 1500 Form | 9/3/2021 | A9901 | Delivery | $150.00 |
| 149 | Orthopain Supply Inc. | 8704992320000002 | 9/13/2021 | NF3 Form / HCFA 1500 Form | 9/3/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 150 | Orthopain Supply Inc. | 8704992320000002 | 9/13/2021 | NF3 Form / HCFA 1500 Form | 9/3/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 151 | Orthopain Supply Inc. | 8704992320000002 | 9/13/2021 | NF3 Form / HCFA 1500 Form | 9/3/2021 | A9901 | Delivery | $150.00 |
| 152 | Orthopain Supply Inc. | 8704992320000002 | 9/13/2021 | NF3 Form / HCFA 1500 Form | 9/3/2021 | 98960 | Education | $150.00 |
| 153 | Orthopain Supply Inc. | 8708095010000001 | 9/13/2021 | NF3 Form / HCFA 1500 Form | 9/3/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 154 | Orthopain Supply Inc. | 8708095010000001 | 9/13/2021 | NF3 Form / HCFA 1500 Form | 9/3/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 155 | Orthopain Supply Inc. | 8708095010000001 | 9/13/2021 | NF3 Form / HCFA 1500 Form | 9/3/2021 | 98960 | Education | $150.00 |
| 156 | Orthopain Supply Inc. | 8708095010000001 | 9/13/2021 | NF3 Form / HCFA 1500 Form | 9/3/2021 | A9901 | Delivery | $150.00 |
| 157 | Orthopain Supply Inc. | 0397315610101102 | 9/13/2021 | NF3 Form / HCFA 1500 Form | 9/1/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 158 | Orthopain Supply Inc. | 0397315610101102 | 9/13/2021 | NF3 Form / HCFA 1500 Form | 9/1/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 159 | Orthopain Supply Inc. | 0397315610101102 | 9/13/2021 | NF3 Form / HCFA 1500 Form | 9/1/2021 | 98960 | Education | $150.00 |
| 160 | Orthopain Supply Inc. | 0397315610101102 | 9/13/2021 | NF3 Form / HCFA 1500 Form | 9/1/2021 | A9901 | Delivery | $150.00 |
| 161 | Orthopain Supply Inc. | 0681845360000003 | 9/13/2021 | NF3 Form / HCFA 1500 Form | 9/2/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 162 | Orthopain Supply Inc. | 0681845360000003 | 9/13/2021 | NF3 Form / HCFA 1500 Form | 9/2/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 163 | Orthopain Supply Inc. | 0681845360000003 | 9/13/2021 | NF3 Form / HCFA 1500 Form | 9/2/2021 | 98960 | Education | $150.00 |
| 164 | Orthopain Supply Inc. | 0681845360000003 | 9/13/2021 | NF3 Form / HCFA 1500 Form | 9/2/2021 | A9901 | Delivery | $150.00 |
| 165 | Orthopain Supply Inc. | 8710663330000001 | 9/17/2021 | NF3 Form / HCFA 1500 Form | 9/9/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 166 | Orthopain Supply Inc. | 8710663330000001 | 9/17/2021 | NF3 Form / HCFA 1500 Form | 9/9/2021 | 98960 | Education | $150.00 |
| 167 | Orthopain Supply Inc. | 8710663330000001 | 9/17/2021 | NF3 Form / HCFA 1500 Form | 9/9/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 168 | Orthopain Supply Inc. | 8710663330000001 | 9/17/2021 | NF3 Form / HCFA 1500 Form | 9/9/2021 | A9901 | Delivery | $150.00 |
| 169 | Orthopain Supply Inc. | 0496298280101018 | 9/28/2021 | NF3 Form / HCFA 1500 Form | 9/23/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 170 | Orthopain Supply Inc. | 0496298280101018 | 9/28/2021 | NF3 Form / HCFA 1500 Form | 9/23/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 171 | Orthopain Supply Inc. | 0496298280101018 | 9/28/2021 | NF3 Form / HCFA 1500 Form | 9/23/2021 | A9901 | Delivery | $150.00 |
| 172 | Orthopain Supply Inc. | 0496298280101018 | 9/28/2021 | NF3 Form / HCFA 1500 Form | 9/23/2021 | 98960 | Education | $150.00 |
| 173 | Orthopain Supply Inc. | 8691478580000002 | 9/27/2021 | NF3 Form / HCFA 1500 Form | 8/19/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 174 | Orthopain Supply Inc. | 8691478580000002 | 9/27/2021 | NF3 Form / HCFA 1500 Form | 8/19/2021 | 98960 | Education | $150.00 |
| 175 | Orthopain Supply Inc. | 8691478580000002 | 9/27/2021 | NF3 Form / HCFA 1500 Form | 8/19/2021 | A9901 | Delivery | $150.00 |
| 176 | Orthopain Supply Inc. | 8691478580000002 | 9/27/2021 | NF3 Form / HCFA 1500 Form | 8/19/2021 | E0791 | OrthoCor / PEMF Device | $4,500.00 |
| 177 | Orthopain Supply Inc. | 0496298280101018 | 10/5/2021 | NF3 Form / HCFA 1500 Form | 9/23/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 178 | Orthopain Supply Inc. | 0496298280101018 | 10/5/2021 | NF3 Form / HCFA 1500 Form | 9/23/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 179 | Orthopain Supply Inc. | 0496298280101018 | 10/5/2021 | NF3 Form / HCFA 1500 Form | 9/23/2021 | A9901 | Delivery | $150.00 |
| 180 | Orthopain Supply Inc. | 0496298280101018 | 10/5/2021 | NF3 Form / HCFA 1500 Form | 9/23/2021 | 98960 | Education | $150.00 |
| 181 | Orthopain Supply Inc. | 0291279100101040 | 10/13/2021 | NF3 Form / HCFA 1500 Form | 10/6/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 182 | Orthopain Supply Inc. | 0291279100101040 | 10/13/2021 | NF3 Form / HCFA 1500 Form | 10/6/2021 | 98960 | Education | $150.00 |
| 183 | Orthopain Supply Inc. | 0291279100101040 | 10/13/2021 | NF3 Form / HCFA 1500 Form | 10/6/2021 | A9901 | Delivery | $150.00 |
| 184 | Orthopain Supply Inc. | 0291279100101040 | 10/13/2021 | NF3 Form / HCFA 1500 Form | 10/6/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 185 | Orthopain Supply Inc. | 0316919830101095 | 10/25/2021 | NF3 Form / HCFA 1500 Form | 10/21/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 186 | Orthopain Supply Inc. | 0316919830101095 | 10/25/2021 | NF3 Form / HCFA 1500 Form | 10/21/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 187 | Orthopain Supply Inc. | 0316919830101095 | 10/25/2021 | NF3 Form / HCFA 1500 Form | 10/21/2021 | A9901 | Delivery | $150.00 |
| 188 | Orthopain Supply Inc. | 0316919830101095 | 10/25/2021 | NF3 Form / HCFA 1500 Form | 10/21/2021 | 98960 | Education | $150.00 |
| 189 | Orthopain Supply Inc. | 0606648530101084 | 10/25/2021 | NF3 Form / HCFA 1500 Form | 10/21/2021 | E0791 | OrthoCor / PEMF Device | $4,500.00 |
| 190 | Orthopain Supply Inc. | 0606648530101084 | 10/25/2021 | NF3 Form / HCFA 1500 Form | 10/21/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 191 | Orthopain Supply Inc. | 0606648530101084 | 10/25/2021 | NF3 Form / HCFA 1500 Form | 10/21/2021 | A9901 | Delivery | $150.00 |
| 192 | Orthopain Supply Inc. | 0606648530101084 | 10/25/2021 | NF3 Form / HCFA 1500 Form | 10/21/2021 | 98960 | Education | $150.00 |
| 193 | Orthopain Supply Inc. | 0623949780101026 | 10/25/2021 | NF3 Form / HCFA 1500 Form | 10/21/2021 | A9901 | Delivery | $150.00 |
| 194 | Orthopain Supply Inc. | 0623949780101026 | 10/25/2021 | NF3 Form / HCFA 1500 Form | 10/21/2021 | 98960 | Education | $150.00 |
| 195 | Orthopain Supply Inc. | 0623949780101026 | 10/25/2021 | NF3 Form / HCFA 1500 Form | 10/21/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 196 | Orthopain Supply Inc. | 0623949780101026 | 10/25/2021 | NF3 Form / HCFA 1500 Form | 10/21/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 197 | Orthopain Supply Inc. | 0623949780101026 | 10/25/2021 | NF3 Form / HCFA 1500 Form | 10/14/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 198 | Orthopain Supply Inc. | 0623949780101026 | 10/25/2021 | NF3 Form / HCFA 1500 Form | 10/14/2021 | A9901 | Delivery | $150.00 |
| 199 | Orthopain Supply Inc. | 0623949780101026 | 10/25/2021 | NF3 Form / HCFA 1500 Form | 10/14/2021 | 98960 | Education | $150.00 |
| 200 | Orthopain Supply Inc. | 0623949780101026 | 10/25/2021 | NF3 Form / HCFA 1500 Form | 10/14/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 201 | Orthopain Supply Inc. | 0805474980000001 | 10/25/2021 | NF3 Form / HCFA 1500 Form | 10/14/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 202 | Orthopain Supply Inc. | 0805474980000001 | 10/25/2021 | NF3 Form / HCFA 1500 Form | 10/14/2021 | 98960 | Education | $150.00 |
| 203 | Orthopain Supply Inc. | 0805474980000001 | 10/25/2021 | NF3 Form / HCFA 1500 Form | 10/14/2021 | A9901 | Delivery | $150.00 |
| 204 | Orthopain Supply Inc. | 0805474980000001 | 10/25/2021 | NF3 Form / HCFA 1500 Form | 10/14/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 205 | Orthopain Supply Inc. | 8708345230000001 | 10/25/2021 | NF3 Form / HCFA 1500 Form | 10/21/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 206 | Orthopain Supply Inc. | 8708345230000001 | 10/25/2021 | NF3 Form / HCFA 1500 Form | 10/21/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 207 | Orthopain Supply Inc. | 8708345230000001 | 10/25/2021 | NF3 Form / HCFA 1500 Form | 10/21/2021 | 98960 | Education | $150.00 |
| 208 | Orthopain Supply Inc. | 8708345230000001 | 10/25/2021 | NF3 Form / HCFA 1500 Form | 10/21/2021 | A9901 | Delivery | $150.00 |
| 209 | Orthopain Supply Inc. | 0316919830101095 | 10/25/2021 | NF3 Form / HCFA 1500 Form | 10/15/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 210 | Orthopain Supply Inc. | 0316919830101095 | 10/25/2021 | NF3 Form / HCFA 1500 Form | 10/15/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 211 | Orthopain Supply Inc. | 0316919830101095 | 10/25/2021 | NF3 Form / HCFA 1500 Form | 10/15/2021 | 98960 | Education | $150.00 |
| 212 | Orthopain Supply Inc. | 0316919830101095 | 10/25/2021 | NF3 Form / HCFA 1500 Form | 10/15/2021 | A9901 | Delivery | $150.00 |
| 213 | Orthopain Supply Inc. | 0666533730000006 | 11/5/2021 | NF3 Form / HCFA 1500 Form | 10/22/2021 | A9901 | Delivery | $150.00 |
| 214 | Orthopain Supply Inc. | 0666533730000006 | 11/5/2021 | NF3 Form / HCFA 1500 Form | 10/22/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 215 | Orthopain Supply Inc. | 0666533730000006 | 11/5/2021 | NF3 Form / HCFA 1500 Form | 10/22/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 216 | Orthopain Supply Inc. | 0666533730000006 | 11/5/2021 | NF3 Form / HCFA 1500 Form | 10/22/2021 | 98960 | Education | $150.00 |
| 217 | Orthopain Supply Inc. | 0676580010000001 | 11/15/2021 | NF3 Form / HCFA 1500 Form | 10/28/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 218 | Orthopain Supply Inc. | 0676580010000001 | 11/15/2021 | NF3 Form / HCFA 1500 Form | 10/28/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 219 | Orthopain Supply Inc. | 0676580010000001 | 11/15/2021 | NF3 Form / HCFA 1500 Form | 10/28/2021 | 98960 | Education | $150.00 |

**Government Employees Insurance Company, et al v. Orthopain Supply Inc., et al**
**Exhibit "2" - Representative Sample of Fraudulent Claims Identified to Date**

| RICO Event | Defendant | Claim_Number | Date of Mailing | Document Mailed | Date of Service | HCPCS Code | Product Description | Charge |
|---|---|---|---|---|---|---|---|---|
| 220 | Orthopain Supply Inc. | 0676580010000001 | 11/15/2021 | NF3 Form / HCFA 1500 Form | 10/28/2021 | A9901 | Delivery | $150.00 |
| 221 | Orthopain Supply Inc. | 0670388300000005 | 12/6/2021 | NF3 Form / HCFA 1500 Form | 12/3/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 222 | Orthopain Supply Inc. | 0670388300000005 | 12/6/2021 | NF3 Form / HCFA 1500 Form | 12/3/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 223 | Orthopain Supply Inc. | 0670388300000005 | 12/6/2021 | NF3 Form / HCFA 1500 Form | 12/3/2021 | 98960 | Education | $150.00 |
| 224 | Orthopain Supply Inc. | 0670388300000005 | 12/6/2021 | NF3 Form / HCFA 1500 Form | 12/3/2021 | A9901 | Delivery | $150.00 |
| 225 | Orthopain Supply Inc. | 0684372160000002 | 12/6/2021 | NF3 Form / HCFA 1500 Form | 11/29/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 226 | Orthopain Supply Inc. | 0684372160000002 | 12/6/2021 | NF3 Form / HCFA 1500 Form | 11/29/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 227 | Orthopain Supply Inc. | 0684372160000002 | 12/6/2021 | NF3 Form / HCFA 1500 Form | 11/29/2021 | 98960 | Education | $150.00 |
| 228 | Orthopain Supply Inc. | 0684372160000002 | 12/6/2021 | NF3 Form / HCFA 1500 Form | 11/29/2021 | A9901 | Delivery | $150.00 |
| 229 | Orthopain Supply Inc. | 0663732740000002 | 12/6/2021 | NF3 Form / HCFA 1500 Form | 12/3/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 230 | Orthopain Supply Inc. | 0663732740000002 | 12/6/2021 | NF3 Form / HCFA 1500 Form | 12/3/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 231 | Orthopain Supply Inc. | 0663732740000002 | 12/6/2021 | NF3 Form / HCFA 1500 Form | 12/3/2021 | 98960 | Education | $150.00 |
| 232 | Orthopain Supply Inc. | 0663732740000002 | 12/6/2021 | NF3 Form / HCFA 1500 Form | 12/3/2021 | A9901 | Delivery | $150.00 |
| 233 | Orthopain Supply Inc. | 0571922780000001 | 12/6/2021 | NF3 Form / HCFA 1500 Form | 11/30/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 234 | Orthopain Supply Inc. | 0571922780000001 | 12/6/2021 | NF3 Form / HCFA 1500 Form | 11/30/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 235 | Orthopain Supply Inc. | 0571922780000001 | 12/6/2021 | NF3 Form / HCFA 1500 Form | 11/30/2021 | 98960 | Education | $150.00 |
| 236 | Orthopain Supply Inc. | 0571922780000001 | 12/6/2021 | NF3 Form / HCFA 1500 Form | 11/30/2021 | A9901 | Delivery | $150.00 |
| 237 | Orthopain Supply Inc. | 0098087240101049 | 12/14/2021 | NF3 Form / HCFA 1500 Form | 12/9/2021 | A9901 | Delivery | $150.00 |
| 238 | Orthopain Supply Inc. | 0098087240101049 | 12/14/2021 | NF3 Form / HCFA 1500 Form | 12/9/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 239 | Orthopain Supply Inc. | 0098087240101049 | 12/14/2021 | NF3 Form / HCFA 1500 Form | 12/9/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 240 | Orthopain Supply Inc. | 0098087240101049 | 12/14/2021 | NF3 Form / HCFA 1500 Form | 12/9/2021 | 98960 | Education | $150.00 |
| 241 | Orthopain Supply Inc. | 0647675190000007 | 12/20/2021 | NF3 Form / HCFA 1500 Form | 12/10/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 242 | Orthopain Supply Inc. | 0647675190000007 | 12/20/2021 | NF3 Form / HCFA 1500 Form | 12/10/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 243 | Orthopain Supply Inc. | 0647675190000007 | 12/20/2021 | NF3 Form / HCFA 1500 Form | 12/10/2021 | A9901 | Delivery | $150.00 |
| 244 | Orthopain Supply Inc. | 0647675190000007 | 12/20/2021 | NF3 Form / HCFA 1500 Form | 12/10/2021 | 98960 | Education | $150.00 |
| 245 | Orthopain Supply Inc. | 0668356880000001 | 12/30/2021 | NF3 Form / HCFA 1500 Form | 12/23/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 246 | Orthopain Supply Inc. | 0668356880000001 | 12/30/2021 | NF3 Form / HCFA 1500 Form | 12/23/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 247 | Orthopain Supply Inc. | 0668356880000001 | 12/30/2021 | NF3 Form / HCFA 1500 Form | 12/23/2021 | A9901 | Delivery | $150.00 |
| 248 | Orthopain Supply Inc. | 0668356880000001 | 12/30/2021 | NF3 Form / HCFA 1500 Form | 12/23/2021 | 98960 | Education | $150.00 |
| 249 | Orthopain Supply Inc. | 0404081220101013 | 12/30/2021 | NF3 Form / HCFA 1500 Form | 12/22/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 250 | Orthopain Supply Inc. | 0404081220101013 | 12/30/2021 | NF3 Form / HCFA 1500 Form | 12/22/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 251 | Orthopain Supply Inc. | 0404081220101013 | 12/30/2021 | NF3 Form / HCFA 1500 Form | 12/22/2021 | 98960 | Education | $150.00 |
| 252 | Orthopain Supply Inc. | 0404081220101013 | 12/30/2021 | NF3 Form / HCFA 1500 Form | 12/22/2021 | A9901 | Delivery | $150.00 |
| 253 | Orthopain Supply Inc. | 0395911780101087 | 1/4/2022 | NF3 Form / HCFA 1500 Form | 12/27/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 254 | Orthopain Supply Inc. | 0395911780101087 | 1/4/2022 | NF3 Form / HCFA 1500 Form | 12/27/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 255 | Orthopain Supply Inc. | 0395911780101087 | 1/4/2022 | NF3 Form / HCFA 1500 Form | 12/27/2021 | 98960 | Education | $150.00 |
| 256 | Orthopain Supply Inc. | 0395911780101087 | 1/4/2022 | NF3 Form / HCFA 1500 Form | 12/27/2021 | A9901 | Delivery | $150.00 |
| 257 | Orthopain Supply Inc. | 0590908520101017 | 1/4/2022 | NF3 Form / HCFA 1500 Form | 12/24/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 258 | Orthopain Supply Inc. | 0590908520101017 | 1/4/2022 | NF3 Form / HCFA 1500 Form | 12/24/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 259 | Orthopain Supply Inc. | 0590908520101017 | 1/4/2022 | NF3 Form / HCFA 1500 Form | 12/24/2021 | 98960 | Education | $150.00 |
| 260 | Orthopain Supply Inc. | 0590908520101017 | 1/4/2022 | NF3 Form / HCFA 1500 Form | 12/24/2021 | A9901 | Delivery | $150.00 |
| 261 | Orthopain Supply Inc. | 0496444200101017 | 1/4/2022 | NF3 Form / HCFA 1500 Form | 12/28/2021 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 262 | Orthopain Supply Inc. | 0496444200101017 | 1/4/2022 | NF3 Form / HCFA 1500 Form | 12/28/2021 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 263 | Orthopain Supply Inc. | 0496444200101017 | 1/4/2022 | NF3 Form / HCFA 1500 Form | 12/28/2021 | 98960 | Education | $150.00 |
| 264 | Orthopain Supply Inc. | 0496444200101017 | 1/4/2022 | NF3 Form / HCFA 1500 Form | 12/28/2021 | A9901 | Delivery | $150.00 |
| 265 | Orthopain Supply Inc. | 0526233800101032 | 1/11/2022 | NF3 Form / HCFA 1500 Form | 1/3/2022 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 266 | Orthopain Supply Inc. | 0526233800101032 | 1/11/2022 | NF3 Form / HCFA 1500 Form | 1/3/2022 | A9901 | Delivery | $150.00 |
| 267 | Orthopain Supply Inc. | 0526233800101032 | 1/11/2022 | NF3 Form / HCFA 1500 Form | 1/3/2022 | 98960 | Education | $150.00 |
| 268 | Orthopain Supply Inc. | 0526233800101032 | 1/11/2022 | NF3 Form / HCFA 1500 Form | 1/3/2022 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 269 | Orthopain Supply Inc. | 0404081220101013 | 1/12/2022 | NF3 Form / HCFA 1500 Form | 1/4/2022 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 270 | Orthopain Supply Inc. | 0404081220101013 | 1/12/2022 | NF3 Form / HCFA 1500 Form | 1/4/2022 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 271 | Orthopain Supply Inc. | 0404081220101013 | 1/12/2022 | NF3 Form / HCFA 1500 Form | 1/4/2022 | 98960 | Education | $150.00 |
| 272 | Orthopain Supply Inc. | 0404081220101013 | 1/12/2022 | NF3 Form / HCFA 1500 Form | 1/4/2022 | A9901 | Delivery | $150.00 |
| 273 | Orthopain Supply Inc. | 0008787400104076 | 1/19/2022 | NF3 Form / HCFA 1500 Form | 1/6/2022 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 274 | Orthopain Supply Inc. | 0008787400104076 | 1/19/2022 | NF3 Form / HCFA 1500 Form | 1/6/2022 | 98960 | Education | $150.00 |
| 275 | Orthopain Supply Inc. | 0008787400104076 | 1/19/2022 | NF3 Form / HCFA 1500 Form | 1/6/2022 | A9901 | Delivery | $150.00 |
| 276 | Orthopain Supply Inc. | 0008787400104076 | 1/19/2022 | NF3 Form / HCFA 1500 Form | 1/6/2022 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 277 | Orthopain Supply Inc. | 0515017070101039 | 1/19/2022 | NF3 Form / HCFA 1500 Form | 1/11/2022 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 278 | Orthopain Supply Inc. | 0515017070101039 | 1/19/2022 | NF3 Form / HCFA 1500 Form | 1/11/2022 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 279 | Orthopain Supply Inc. | 0515017070101039 | 1/19/2022 | NF3 Form / HCFA 1500 Form | 1/11/2022 | 98960 | Education | $150.00 |
| 280 | Orthopain Supply Inc. | 0515017070101039 | 1/19/2022 | NF3 Form / HCFA 1500 Form | 1/11/2022 | A9901 | Delivery | $150.00 |
| 281 | Orthopain Supply Inc. | 0515017070101039 | 1/19/2022 | NF3 Form / HCFA 1500 Form | 1/11/2022 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 282 | Orthopain Supply Inc. | 0515017070101039 | 1/19/2022 | NF3 Form / HCFA 1500 Form | 1/11/2022 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 283 | Orthopain Supply Inc. | 0515017070101039 | 1/19/2022 | NF3 Form / HCFA 1500 Form | 1/11/2022 | 98960 | Education | $150.00 |
| 284 | Orthopain Supply Inc. | 0515017070101039 | 1/19/2022 | NF3 Form / HCFA 1500 Form | 1/11/2022 | A9901 | Delivery | $150.00 |
| 285 | Orthopain Supply Inc. | 0646360750101051 | 1/19/2022 | NF3 Form / HCFA 1500 Form | 1/4/2022 | A9901 | Delivery | $150.00 |
| 286 | Orthopain Supply Inc. | 0646360750101051 | 1/19/2022 | NF3 Form / HCFA 1500 Form | 1/4/2022 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 287 | Orthopain Supply Inc. | 0646360750101051 | 1/19/2022 | NF3 Form / HCFA 1500 Form | 1/4/2022 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 288 | Orthopain Supply Inc. | 0646360750101051 | 1/19/2022 | NF3 Form / HCFA 1500 Form | 1/4/2022 | 98960 | Education | $150.00 |
| 289 | Orthopain Supply Inc. | 8741128900000001 | 1/19/2022 | NF3 Form / HCFA 1500 Form | 1/7/2022 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 290 | Orthopain Supply Inc. | 8741128900000001 | 1/19/2022 | NF3 Form / HCFA 1500 Form | 1/7/2022 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 291 | Orthopain Supply Inc. | 8741128900000001 | 1/19/2022 | NF3 Form / HCFA 1500 Form | 1/7/2022 | 98960 | Education | $150.00 |
| 292 | Orthopain Supply Inc. | 8741128900000001 | 1/19/2022 | NF3 Form / HCFA 1500 Form | 1/7/2022 | A9901 | Delivery | $150.00 |

**Government Employees Insurance Company, et al v. Orthopain Supply Inc., et al**
**Exhibit "2" - Representative Sample of Fraudulent Claims Identified to Date**

| RICO Event | Defendant | Claim_Number | Date of Mailing | Document Mailed | Date of Service | HCPCS Code | Product Description | Charge |
|---|---|---|---|---|---|---|---|---|
| 293 | Orthopain Supply Inc. | 0183732530101104 | 2/7/2022 | NF3 Form / HCFA 1500 Form | 2/2/2022 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 294 | Orthopain Supply Inc. | 0183732530101104 | 2/7/2022 | NF3 Form / HCFA 1500 Form | 2/2/2022 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 295 | Orthopain Supply Inc. | 0183732530101104 | 2/7/2022 | NF3 Form / HCFA 1500 Form | 2/2/2022 | 98960 | Education | $150.00 |
| 296 | Orthopain Supply Inc. | 0183732530101104 | 2/7/2022 | NF3 Form / HCFA 1500 Form | 2/2/2022 | A9901 | Delivery | $150.00 |
| 297 | Orthopain Supply Inc. | 0671905480000002 | 2/17/2022 | NF3 Form / HCFA 1500 Form | 2/14/2022 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 298 | Orthopain Supply Inc. | 0671905480000002 | 2/17/2022 | NF3 Form / HCFA 1500 Form | 2/14/2022 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 299 | Orthopain Supply Inc. | 0671905480000002 | 2/17/2022 | NF3 Form / HCFA 1500 Form | 2/14/2022 | 98960 | Education | $150.00 |
| 300 | Orthopain Supply Inc. | 0671905480000002 | 2/17/2022 | NF3 Form / HCFA 1500 Form | 2/14/2022 | A9901 | Delivery | $150.00 |
| 301 | Orthopain Supply Inc. | 0646360750101051 | 2/17/2022 | NF3 Form / HCFA 1500 Form | 2/9/2022 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 302 | Orthopain Supply Inc. | 0646360750101051 | 2/17/2022 | NF3 Form / HCFA 1500 Form | 2/9/2022 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 303 | Orthopain Supply Inc. | 0646360750101051 | 2/17/2022 | NF3 Form / HCFA 1500 Form | 2/9/2022 | 98960 | Education | $150.00 |
| 304 | Orthopain Supply Inc. | 0646360750101051 | 2/17/2022 | NF3 Form / HCFA 1500 Form | 2/9/2022 | A9901 | Delivery | $150.00 |
| 305 | Orthopain Supply Inc. | 8740647780000002 | 2/17/2022 | NF3 Form / HCFA 1500 Form | 2/14/2022 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 306 | Orthopain Supply Inc. | 8740647780000002 | 2/17/2022 | NF3 Form / HCFA 1500 Form | 2/14/2022 | 98960 | Education | $150.00 |
| 307 | Orthopain Supply Inc. | 8740647780000002 | 2/17/2022 | NF3 Form / HCFA 1500 Form | 2/14/2022 | A9901 | Delivery | $150.00 |
| 308 | Orthopain Supply Inc. | 8740647780000002 | 2/17/2022 | NF3 Form / HCFA 1500 Form | 2/14/2022 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 309 | Orthopain Supply Inc. | 0429743990101172 | 2/17/2022 | NF3 Form / HCFA 1500 Form | 2/14/2022 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 310 | Orthopain Supply Inc. | 0429743990101172 | 2/17/2022 | NF3 Form / HCFA 1500 Form | 2/14/2022 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 311 | Orthopain Supply Inc. | 0429743990101172 | 2/17/2022 | NF3 Form / HCFA 1500 Form | 2/14/2022 | 98960 | Education | $150.00 |
| 312 | Orthopain Supply Inc. | 0429743990101172 | 2/17/2022 | NF3 Form / HCFA 1500 Form | 2/14/2022 | A9901 | Delivery | $150.00 |
| 313 | Orthopain Supply Inc. | 0406900690101011 | 2/21/2022 | NF3 Form / HCFA 1500 Form | 2/9/2022 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 314 | Orthopain Supply Inc. | 0406900690101011 | 2/21/2022 | NF3 Form / HCFA 1500 Form | 2/9/2022 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 315 | Orthopain Supply Inc. | 0406900690101011 | 2/21/2022 | NF3 Form / HCFA 1500 Form | 2/9/2022 | 98960 | Education | $150.00 |
| 316 | Orthopain Supply Inc. | 0406900690101011 | 2/21/2022 | NF3 Form / HCFA 1500 Form | 2/9/2022 | A9901 | Delivery | $150.00 |
| 317 | Orthopain Supply Inc. | 0406900690101011 | 2/21/2022 | NF3 Form / HCFA 1500 Form | 2/9/2022 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 318 | Orthopain Supply Inc. | 0406900690101011 | 2/21/2022 | NF3 Form / HCFA 1500 Form | 2/9/2022 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 319 | Orthopain Supply Inc. | 0406900690101011 | 2/21/2022 | NF3 Form / HCFA 1500 Form | 2/9/2022 | 98960 | Education | $150.00 |
| 320 | Orthopain Supply Inc. | 0406900690101011 | 2/21/2022 | NF3 Form / HCFA 1500 Form | 2/9/2022 | A9901 | Delivery | $150.00 |
| 321 | Orthopain Supply Inc. | 0406900690101011 | 2/21/2022 | NF3 Form / HCFA 1500 Form | 2/9/2022 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 322 | Orthopain Supply Inc. | 0406900690101011 | 2/21/2022 | NF3 Form / HCFA 1500 Form | 2/9/2022 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 323 | Orthopain Supply Inc. | 0406900690101011 | 2/21/2022 | NF3 Form / HCFA 1500 Form | 2/9/2022 | 98960 | Education | $150.00 |
| 324 | Orthopain Supply Inc. | 0406900690101011 | 2/21/2022 | NF3 Form / HCFA 1500 Form | 2/9/2022 | A9901 | Delivery | $150.00 |
| 325 | Orthopain Supply Inc. | 0505364550101023 | 3/4/2022 | NF3 Form / HCFA 1500 Form | 2/24/2022 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 326 | Orthopain Supply Inc. | 0505364550101023 | 3/4/2022 | NF3 Form / HCFA 1500 Form | 2/24/2022 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 327 | Orthopain Supply Inc. | 0505364550101023 | 3/4/2022 | NF3 Form / HCFA 1500 Form | 2/24/2022 | 98960 | Education | $150.00 |
| 328 | Orthopain Supply Inc. | 0505364550101023 | 3/4/2022 | NF3 Form / HCFA 1500 Form | 2/24/2022 | A9901 | Delivery | $150.00 |
| 329 | Orthopain Supply Inc. | 0559006300101022 | 3/14/2022 | NF3 Form / HCFA 1500 Form | 3/9/2022 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 330 | Orthopain Supply Inc. | 0559006300101022 | 3/14/2022 | NF3 Form / HCFA 1500 Form | 3/9/2022 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 331 | Orthopain Supply Inc. | 0606648530101084 | 3/21/2022 | NF3 Form / HCFA 1500 Form | 3/9/2022 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 332 | Orthopain Supply Inc. | 0606648530101084 | 3/21/2022 | NF3 Form / HCFA 1500 Form | 3/9/2022 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 333 | Orthopain Supply Inc. | 0676602320000002 | 3/21/2022 | NF3 Form / HCFA 1500 Form | 3/11/2022 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 334 | Orthopain Supply Inc. | 0676602320000002 | 3/21/2022 | NF3 Form / HCFA 1500 Form | 3/11/2022 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 335 | Orthopain Supply Inc. | 8737384570000001 | 3/21/2022 | NF3 Form / HCFA 1500 Form | 3/9/2022 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 336 | Orthopain Supply Inc. | 8737384570000001 | 3/21/2022 | NF3 Form / HCFA 1500 Form | 3/9/2022 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 337 | Orthopain Supply Inc. | 0590908520101017 | 3/28/2022 | NF3 Form / HCFA 1500 Form | 3/24/2022 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 338 | Orthopain Supply Inc. | 0590908520101017 | 3/28/2022 | NF3 Form / HCFA 1500 Form | 3/24/2022 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |
| 339 | Orthopain Supply Inc. | 0684122680000001 | 1/11/2022 | NF3 Form / HCFA 1500 Form | 1/5/2022 | 98960 | Education | $150.00 |
| 340 | Orthopain Supply Inc. | 0684122680000001 | 1/11/2022 | NF3 Form / HCFA 1500 Form | 1/5/2022 | A9901 | Delivery | $150.00 |
| 341 | Orthopain Supply Inc. | 0684122680000001 | 1/11/2022 | NF3 Form / HCFA 1500 Form | 1/5/2022 | E0761 | OrthoCor / PEMF Device | $4,500.00 |
| 342 | Orthopain Supply Inc. | 0684122680000001 | 1/11/2022 | NF3 Form / HCFA 1500 Form | 1/5/2022 | A9900 | Pods for OrthoCor / PEMF Device | $1,275.00 |