# EXHIBIT "3"

# ℞ PRESCRIBER'S PRESCRIPTION

| Patient Name: | | | |
|---|---|---|---|
| ICD-10 Code: | | Do Not Substitute (DAW): | 1 |
| Product: | OrthoCor Medical - OrthoCor Active System (E0761) | | |
| Orientation: | ☑ Left | ☐ Right | ☐ N/A |

**Contact Information**

EMAIL COMPLETED FORM TO:
Email: OrthoSupply112@gmail.com

## OrthoCuff:

| ☐ Cervical – Universal Size | ☐ Elbow – Universal Size |
|---|---|
| **Foot / Ankle:** | **Hand / Wrist:** |
| ☐ Medium | ☐ Small |
| ☐ Large | ☐ Medium |
| **Lumbar:** | **Knee:** |
| ☐ Small/Medium | ☐ Small/Medium |
| ☐ Large | ☐ Large |
| ☐ Hip – Universal Size | ☑ Shoulder – Universal Size |

| Continuous Need: | OrthoPods (Consumable) | |
|---|---|---|
| | ☑ 1 Month / 30 Pairs | ☐ Other_____ |

I am prescribing a Pulsed Electro-Magnetic Field (PEMF) Therapy device, called the OrthoCor Active System from OrthoCor Medical due to my patient's needs and diagnosis. I certify that the OrthoCor Active System device is medically indicated and in my opinion is reasonable and necessary with reference to the accepted standards of medical practice and treatment of this patient's condition. The OrthoCor PEMF device is for the management of Pain, Inflammation, and Swelling. It is my expectation that use of the device will accelerate recovery and decrease the use of narcotic opiates. My goals are to Reduce pain and impairment in daily activities of living and Improve joint function since this unit works deep in the joint, at the source of the injury by treating the soft tissue and stimulating the production of nitric oxide, which kickstarts the body's natural anti-inflammatory and healing process".

| Prescriber Signature: | _signature_ | Date: | 07/28/2021 |
|---|---|---|---|
| Prescriber Printed Name: | Dr. Patricia Kelly | NPI: | |
| Address: | 409 Rockaway Avenue 2nd floor | | |
| City: | Brooklyn | State: NY | Zip: 11212 |

# ℞ PRESCRIBER'S PRESCRIPTION

| | | |
|---|---|---|
| **Patient Name:** | | |
| **ICD-10 Code:** | **Do Not Substitute (DAW):** 1 | |
| **Product:** | OrthoCor Medical - OrthoCor Active System (E0761) | |
| **Orientation:** | ☐ Left  ☑ Right | ☐ N/A |

**Contact Information**

**EMAIL COMPLETED FORM TO:**

Email: Orthopainsupply@gmail.com

**OrthoCuff:**

| | |
|---|---|
| ☐ Cervical - Universal Size | ☐ Elbow - Universal Size |
| **Foot / Ankle:** | **Hand / Wrist:** |
| ☐ Medium | ☐ Small |
| ☐ Large | ☐ Medium |
| **Lumbar:** | **Knee:** |
| ☐ Small/Medium | ☐ Small/Medium |
| ☐ Large | ☑ Large |
| ☐ Hip - Universal Size | ☑ Shoulder – Universal Size |

| **Continuous Need:** | **OrthoPods (Consumable)** |
|---|---|
| | ☑ 1 Month / 30 Pairs   ☐ Other |

I am prescribing a Pulsed Electro-Magnetic Field (PEMF) Therapy device, called the OrthoCor Active System from OrthoCor Medical due to my patient's needs and diagnosis. I certify that the OrthoCor Active System device is medically indicated and in my opinion is reasonable and necessary with reference to the accepted standards of medical practice and treatment of this patient's condition. The OrthoCor PEMF device is for the management of Pain, Inflammation, and Swelling. It is my expectation that use of the device will accelerate recovery and decrease the use of narcotic opiates.  My goals are to Reduce pain and impairment in daily activities of living and improve joint function since this unit works deep in the joint, at the source of the injury by treating the soft tissue and stimulating the production of nitric oxide, which kickstarts the body's natural anti-inflammatory and healing process".

| | | |
|---|---|---|
| **Prescriber Signature:** | | **Date:** 5/27/21 |
| **Prescriber Printed Name:** Michael Alleyne, MD | | **NPI:** 153318 |
| **Address:** 9016 Sutphin Blvd | | |
| **City:** Jamaica | **State:** NY | **Zip:** 11435 |